**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: Thomas R. & Kathy L. Wingert Jr.
    Bankruptcy Case No. 1-06-00034
    Unclaimed Funds For: USAF
                        Box 6156
                        Indianapolis IN 46206

Dear Clerk:

Enclosed herewith please find check No.746046 for $3,473.85 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                    Very truly yours,

                                    Carol A. Kreider
                                    Funds Manager